# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ALL STAR SEED, ET. AL.,<br><br>Defendant(s). | Case No. 2:13-CV-07196-JAK-AJW<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO CONTINUE SHOW CAUSE HEARING REGARDING FINAL SETTLEMENT** |

Having considered the Parties' Second Joint Stipulation to Continue the Hearing on the Order to Show Cause, the Court finds good cause to **GRANT** the continuance. Accordingly, the stipulation to continue the hearing scheduled for October 20, 2014, is **GRANTED**. The hearing date is reset to October 27, 2014, at 1:30 PM, in Courtroom 750, 255 E. Temple St., Los Angeles, CA. 90012. There will be no further continuances. If the parties have lodged all settlement documents on or before October 23, 2014, and do not require a hearing in connection with their approval by the Court, they may request that the October 27 hearing be taken off calendar.

**IT IS SO ORDERED.**

Dated: 10/17/14

Hon. John A. Kronstadt
U.S. District Judge

-1-