Anna Y. Park, CA SBN 164242
Connie K. Liem, TX SBN 791113
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov
E-mail: connie.liem@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>       Plaintiff,<br><br>    vs.<br><br>ALL STAR SEED, ET. AL.,<br><br>       Defendant(s). | Case No. 2:13-CV-07196-JAK-AJW<br><br>**NOTICE OF LODGING PROPOSED CONSENT DECREE; EXHIBITS A & B**<br><br>Hon. John A. Kronstadt<br>U.S. District Judge |

TO THE HONORABLE JOHN A. KRONSTADT:

   Plaintiff UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION ("Plaintiff") submits the Parties' Proposed Consent Decree and Exhibits A and B for the Court's consideration, approval, and entry.

-1-

|   |   |
|---|---|
| | Respectfully submitted, |
| | |
| | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
| Dated: <u>October 24, 2014</u> | <u>S/ Connie K. Liem</u><br>Connie K. Liem, Esq.<br>EEOC Senior Trial Attorney<br>Attorney for Plaintiff EEOC |

**CERTIFICATE OF ECF SERVICE**

I am, and was at the time the herein mentioned service took place, a citizen of the United States, over the age of eighteen (18) years. I am employed in the Legal Unit of the Los Angeles District Office of the United States Equal Employment Opportunity Commission.

My business address is Equal Employment Opportunity Commission, 555 W. Beech St., Suite 504, San Diego, CA. 92101. On the date that this declaration was executed, as shown below, I served the foregoing Proposed Consent Decree *via* the Court's CM/ECF electronic filing service to the following:

> Cynthia S. Sandoval, Esq.
> Sandovac@jacksonlewis.com
> Matthew D'Abusco, Esq.
> Matthew.dabusco@jacksonlewis.com
> JACKSON LEWIS, LLP
> Attorneys for Defendants

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 24, 2014 at San Diego, California.

> S/Connie K. Liem
> Connie K. Liem